IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00173-AP

KATHY J. GROVER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

# JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Patrick C.H. Spencer, II, Esq. | TROY A. EID |
| 830 Tenderfoot Hill Road, Suite 320 | United States Attorney |
| Colorado Springs, CO 80906 | |
| Telephone (719) 632-4808 | KEVIN TRASKOS |
| E-mail: Patrick@2spencers.com | Deputy Chief, Civil Division |
| | United States Attorney's Office |
| | District of Colorado |
| | 303-454-0184 |
| | kevin.traskos@usdoj.gov |
| | |
| | STEPHANIE LYNN F. KILEY |
| | Special Assistant United States Attorney |
| | Office of the General Counsel, |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: (303) 844-0815 |
| | Stephanie.Fishkin.Kiley@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** January 28, 2008

**B. Date Complaint Was Served on U.S. Attorney's Office:** March 18, 2008

**C. Date Answer and Administrative Record Were Filed:** April 4, 2008

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

**A. Plaintiffs Opening Brief Due:** June 3, 2008

**B. Defendant's Response Brief Due:** July 3, 2008

**C. Plaintiffs Reply Brief (If Any) Due:** July 18, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**

    Plaintiff does not request oral argument.

**B. Defendant's Statement:**

    Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 23rd day of April, 2008.

BY THE COURT:


*S/John L. Kane*
U.S. DISTRICT COURT JUDGE


APPROVED:

| | |
|---|---|
| s/Patrick Spencer 4/23/08<br><br>Patrick C.H. Spencer, II, Esq.<br>830 Tenderfoot Hill Road, Suite 320<br>Colorado Springs, CO 80906<br>Telephone (719) 632-4808<br>E-mail: Patrick@2spencers.com | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>kevin.traskos@usdoj.gov<br><br>By: s/Stephanie F. Kiley 04/23/2008<br>Stephanie F. Kiley<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-0815<br>Stephanie.Fishkin.Kiley@ssa.gov<br>Attorneys for Defendant. |