IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. 08-cv-00173-AP

Kathy J. Grover

                        Plaintiff,

v.

Michael Astrue,
Commissioner of Social Security,

                        Defendant.

---

## ORDER

---

THIS MATTER is before the Court on the Plaintiff's Unopposed Motion for Award of

Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), (doc. #24), filed

on September 30, 2008.

The Motion is **GRANTED**. The Defendant is ordered to pay the amount of $3,900.00 to

Plaintiff's attorney, as assignee for Plaintiff, for attorney fees under the EAJA.

Dated: October 1, 2008

                                    BY THE COURT:


                                     *S/John L. Kane*
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT